UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                              Case No.: 8:21-bk-03562-CPM
                                                                                          Chapter 7

Brenda Cheri Angier

DEBTORS.                        /

MOTION TO SELL REAL PROPERTY AND PAY SECURED
CREDITOR(S) AND TRANSACTIONAL COSTS
(15821 Archer Street, Hudson, Florida 34667)

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST A HEARING**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney, Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

COMES NOW Angela Welch, Chapter 7 Trustee, by and through the undersigned counsel, and hereby moves for authority to sell certain improved real property, to pay secured creditors and transactional costs, and in support thereof states as follows:

1

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## BACKGROUND

4. On July 7, 2021, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Angela Welch was appointed Chapter 7 trustee (the "Trustee").

6. The Debtor owns real property, by virtue of a deed, located at 15821 Archer Street, Hudson, Florida 34667, more particularly known as:

Lot 11, Hudson Hills - Unit One, according to the map or plat thereof, as recorded in Plat Book 6, Page(s) 85, of the Public Records of Pasco County, Florida.

(hereinafter the "Property").

7. The Trustee completed a title search and found that the Property is encumbered by a mortgage lien. By priority, but not including any outstanding property taxes or municipal liens, the Property is clouded as follows:

   a. A mortgage in favor of Mortgage Electronic Registration
   b. Systems, Inc. as nominee for Nationstar Mortgage, LLC recorded in Official Records Book 9493, Page 3323, which Mortgage is now held by Nationstar Mortgage, LLC d/b/a Mr. Cooper, by virtue of Assignment(s) of Mortgage recorded

    in Official Records Book 10191, Page 3597 in the Public Records of Pasco County, Florida ("Mr. Cooper"), and

    c.  a Lis Pendens filed in Case styled Nationstar Mortgage LLC, d/b/a Mr. Cooper vs. Brenda Cheri Angier, being Case No. 512021CA000246CAAXWS in Pasco County, Florida, as disclosed by Notice of Lis Pendens recorded in Official Records Book 10283, Page 3781 in the Public Records of Pasco County, Florida.

8. The Trustee has accepted an offer from Donald A. Schmelter (the Buyer(s)) to purchase the Property for the gross sale price $ 156,000.00 (consisting of $ 153,000.00 base sale price plus a $ 3,000.00 buyer's premium), subject to the approval of the secured creditor(s) and the court, as payment in full. The Trustee believes it is a fair offer for the current economy, the condition of the Property, and the length of time the Property has remained on the market.

9. Any current real property taxes will be paid prorated.

10. The gross sale price of $ 156,000.00, net the closing costs is estimated to be enough to satisfy the outstanding liens, as agreed to by the secured creditors, that encumber the Property and net the estate an estimated $3,000.00. If the secured creditors no longer consent to their proposed treatment, they are hereby on notice that they need to object to the proposed sale of the Property.

11. The Trustee has attached a "DRAFT" Settlement Statement that outlines the proposed distribution of the sale proceeds at closing, as Exhibit A.

## AUTHORITY TO SELL

12. Pursuant to § 363(b)(1) of the Bankruptcy Code, a trustee, after notice and hearing, may use, sell or lease property of the estate other than in the ordinary course of business.

## CONCLUSION

13. The Trustee, in the exercise of her business judgment, believes, and therefore avers, that the proposed sale is in the best interest of the creditors of the bankruptcy estate insofar as there is otherwise no equity in the Property, the Trustee is more familiar with the current market than other interested parties, and a sale under this motion serves the best interest of all interested parties, including the secured creditors. The Buyer has agreed, subject to Court approval, to pay to the Trustee the gross sum of $ 156,000.00 in exchange for estate's interest in the Property.

WHEREFORE, the Trustee moves for the entry of an order:

A. Authorizing the sale of the Property and,

B. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the estate's interest in the Property including without limitation, executing a deed conveying the interests of the Debtor to the Buyer, or its assigns, or ultimate purchaser;

C. Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes, pro-rated as of the closing with respect to the real property included among the purchased assets (b) any outstanding Home Owner's Association fee or assessment arrearages (if any); and (c) other anticipated closing costs:

Total Sales/Brokers Commission:
6% of base sale price to Future Home Realty             $ 9,180.00*
*this commission is intended to be shared with a cooperating agent / negotiator.
Title Charges:                                          $ 2,285.00

| | |
|---|---|
| Government recording / transfer charges: | $ 1,207.00 |
| Satisfaction of Liens: | |
|     Mr. Cooper | $ 131,500.00 |
| 2021 Real Estate Property Taxes | $ 1,050.48 |
| Municipal Lien Search Fee | $ 400.00 |

The above anticipated closing costs and taxes are subject to per diem charges, changes in prorations, and otherwise represent approximate amounts. The Trustee seeks authority to pay these amounts, or their reasonable equivalent amounts, to the respective payees depending on the subjective per diem alteration,

    D. The Trustee requests that the 14 day appeal period provided for under B.R.C.P. Rule 6004(h) be waived so that the sale of the Property may close immediately upon the entry of an order granting the instant motion, and

    E. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.
3900 1st Street North, Suite 100
Saint Petersburg, FL 33703
727-327-3328
rdauval@leavenlaw.com

## CERTIFICATE OF SERVICE

I certify that on November 9, 2021, a true and correct copy of the foregoing was provided by U.S. mail and/or electronic delivery to:

U.S. Trustee, ustp.region21.ecf@usdoj.gov; Stephen R. Williams, Esq., srw@wrplawyers.com; Brenda Cheri Angier, 10133 Hickory Hill Dr., Port Richey, FL 34668; Trustee Angela Welch, welchtrustee@gmail.com; Nationstar Mortgage, LLC d/b/a Mr. Cooper, c/o Jeffrey S Fraser, Esq., jfraser@alaw.net and bkfl@albertellilaw.com

and all parties of interest that have filed a proof of claim in this case or filed a notice of appearance pursuant to Rule 2002-1(c) on this November 9, 2021.

/s/ Richard M. Dauval, Esquire
Richard M. Dauval, Esq.